**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

**TAMARA COFFELT, as natural parent,
Legal guardian, and next of kin of E.W.,
a minor,**

    Plaintiff,

       v.                      **No. 3:22-cv-00768**

**NEWELL-BERG ALLIANCE TN, LLC**      **District Judge Trauger**
***d/b/a* POPEYES SUPREME FOOODS**

    Defendant.

## JOINT MOTION TO SUBSTITUTE PLAINTIFF AND STIPULATION OF DISMISSAL

       Plaintiff Tamara Coffelt, as natural parent, legal guardian and next of kin if Ethan Wilson, now of the age of majority, and Defendant Newell-Berg Alliance TN, LLC, (together with Plaintiff, the "Parties") jointly move this Court pursuant to Fed. R. Civ. P. 25 and 41(a)(1)(A)(ii), to substitute Plaintiff Tamara Coffelt with Ethan Wilson, because Mr. Wilson is now of the age of majority, and as the proper Plaintiff hereby stipulates with Defendant that all claims pending in this action be dismissed with prejudice.

1

Dated: December 5, 2024.

Respectfully Submitted,

*/s/ J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
**JACKSON SHIELDS HOLT
OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*rbryant@jsyc.com*

**Attorneys for Plaintiff**

&

*/s/ Paige M. Lyle(w/permission)*
Mark E. Stamelos (TN 021021)
Paige M. Lyle (TN 032959)
**FORDHARRISON LLP**
150 3rd Avenue South
Suite 2010
Nashville, TN 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
*mstamelos@fordharrison.com*
*plyle@fordharrison.com*

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2024, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court for the Middle District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all counsel of record who are registered with the Court's CM/ECF system.

*s/J. Russ Bryant*
J. Russ Bryant