IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMARA COFFELT as natural parent, legal guardian, and next of kin of E.W., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>NEWELL-BERG ALLIANCE TN, LLC *doing business as* Popeyes Supreme Foods,<br><br>    Defendant. | Civil No. 3:22-cv-768<br>Judge Trauger |

## ORDER

The Joint Motion to Substitute Plaintiff (Doc. No. 54) is GRANTED. Pursuant to the Stipulation of Dismissal included within the motion, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, as the parties have reached a settlement.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge